# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## Appeal Nos. 14-2313, 14-2314, and 14-2315

**Appeal No. 14-2313**

**UNITED STATES OF AMERICA,**
Appellee

v.

**ELIZABETH V. TAVARES**
Defendant-Appellant

_____

**Appeal No. 14-2314**

**UNITED STATES OF AMERICA**
Appellee

v.

**JOHN J. O'BRIEN**
Defendant-Appellant

_____

**Appeal No. 14-2315**

**UNITED STATES OF AMERICA**
Appellee

v.

**WILLIAM BURKE, III**
Defendant-Appellant

_____

## GOVERNMENT'S MOTION TO CONSOLIDATE APPEALS FOR SCHEDULING AND ORAL ARGUMENT

The government respectfully moves this Court to consolidate the above-entitled cases for scheduling and oral argument. The three defendants were

indicted and tried together in a trial that lasted approximately 12 weeks. The cases should be consolidated for scheduling and oral argument to allow for efficient handling and resolution.

        Respectfully submitted,

        CARMEN M. ORTIZ
        United States Attorney

By:  /s/  *Robert A. Fisher*
      ROBERT A. FISHER
      Assistant U.S. Attorney

### Certificate of Service

I, Robert A. Fisher, hereby certify that on January 5, 2015, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

**Attorneys for Tavares**:
Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116

R. Bradford Bailey, Esq.
Adamo Lanza, Esq.
Four Longfellow Place, 35th Floor
Boston, MA 02114

**Attorney for O'Brien:**
Stylianus Sinnis, Esq.
William W. Fick, Esq.
Christine DeMaso, Esq.
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210

**Attorney for Burke**:
John A. Amabile, Esq.
Amabile & Burkly PC

                           380 Pleasant St.
                        Brockton, MA 02401

/s/ *Robert A. Fisher*
ROBERT A. FISHER
Assistant U.S. Attorney