# United States Court of Appeals
## For the First Circuit

_____

No. 14-2312

UNITED STATES,

Appellee,

v.

JOHN O'BRIEN,

Defendant – Appellant,
_____

_____

No. 14-2313

UNITED STATES,

Appellee,

v.

ELIZABETH V. TAVARES,

Defendant – Appellant,
_____

Before

Lynch, Chief Judge,
Kayatta and Barron, Circuit judges.
_____

**ORDER OF COURT**

Entered: January 9, 2015

    Based on the material presented by the parties, the court is persuaded of a sufficient probability that the appeals present a "substantial question" within the meaning of 18 U.S.C. § 3143(b)(1)(B). Appellants' motions for release pending appeal under the same conditions imposed

for release pending trial and pending the self-reporting date are granted. The pending motions for leave to file oversized documents are also granted.

                                                   By the Court:

                                                  /s/ Margaret Carter, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Judith H. Mizner
Stylianus Sinnis
William W. Fick
Christine DeMaso
Martin G. Weinberg
Kimberly Homan
Jeffrey Alan Denner
Richard Bradford Bailey
Adamo L. Lanza
Dina Michael Chaitowitz
Karin Marie Bell
Robert Averill Fisher
Fred M. Wyshak Jr.
Michael O. Jennings
Helene Kazanjian
Daniel P. Sullivan